IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01126-ZLW

UNITED STATES OF AMERICA,

    Petitioner,

v.

MARK. A. SIMPSON,

    Respondent.

## FINAL ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce Internal Revenue Service Summons and accompanying exhibits, this Court finds as follows:

1.    On January 9, 2008, the Internal Revenue Service ("IRS") issued two summonses to Mark A. Simpson (hereafter "Respondent").

2.    The IRS summonses were issued to Respondent for a legitimate purpose — to obtain information concerning collection of the federal income tax liability for the years ending December 31, 2001; December 31, 2002; December 31, 2004; and December 31, 2005. The IRS summonses were also issued to obtain information regarding Respondent's failure to file a federal tax return for the tax period ending December 31, 2006.

3. The above-listed tax periods were specified in the IRS summonses served on Respondent.

4. The testimony, records, and documents demanded by the IRS summonses are not in the possession of the IRS.

5. The administrative steps required by the Internal Revenue Code for the issuance of the summonses have been met.

6. As indicated in the Declaration of Service (Doc. 3), Respondent was served on June 24, 2008 with an Order to Show Cause that was issued by the Court on June 6, 2008 and a copy of the Petition.

7. As of this date, Respondent has failed to comply with the IRS summonses.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summonses.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the IRS summonses served upon him by appearing at the IRS office at 56 Inverness Drive East, Englewood, Colorado 80112 before Revenue Officer Monica Martinez, telephone number (720) 956-4334 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than ___Aug. 25___, 2008, to give testimony and to produce for examination and copying the records, documents, and other

data demanded by the IRS summonses. Failure to comply with this order may result in Respondent being found in contempt of court in which case he may be fined or imprisoned.

Upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of the Petitioner.

DATED this __24th__ day of July, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court